UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES BOOKER,

        Plaintiff,                  Case No. 1:16-cv-742

v.                                Honorable Paul L. Maloney

NATIONAL CORRECTIVE GROUP INC., et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e).


Dated:  July 19, 2016                /s/ Paul L. Maloney
                                                 Paul L. Maloney
                                                 United States District Judge